An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CRISTO ALFONSO FORERO,
Appellant,
vs.
DELFA L. FORERO,
Respondent.

No. 61040

**FILED**

MAY 15 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from a district court divorce decree. First Judicial District Court, Carson City; James E. Wilson, Judge.

Appellant first contends that the district court erred in valuing the parties' community property and debt, and therefore, the court made an unequal division of community property. He argues that the district court failed to consider the benefit to respondent of living in the martial home during the pendency of the divorce action, the value of appellant's personal effects in the marital residence, the true value of the car awarded to appellant, and the award of rental income to respondent. Appellant further argues that the district court improperly considered evidence of domestic violence in making an unequal community property distribution.

In dividing property, the district court must make an equal division of community property to the extent practicable. NRS

13-14435

125.150(1)(b). The court may make an unequal distribution of property, however, if it finds and states in writing compelling reasons for doing so. *Id.* Evidence of domestic abuse is not a compelling reason to make an unequal division of property, absent economic consequences of the abuse. *See Wheeler v. Upton-Wheeler*, 113 Nev. 1185, 1190, 946 P.2d 200, 203 (1997). Having reviewed the record, we conclude that, contrary to appellant's contentions on appeal, the district court considered the relevant property and its value, and made an equal division of community property and debt.

Appellant also contends that the district court abused its discretion in not awarding him spousal support. He argues that he was entitled to spousal support based on his age, poor health, diminished earning capacity, and the parties' disparate incomes, and that the court improperly considered evidence of domestic violence when refusing to award support.

When granting a divorce, the district court may award spousal support as appears just and equitable. *See* NRS 125.150(1)(a); *see also* NRS 125.150(8) (setting forth factors for the court to consider when awarding spousal support). The district court has wide discretion in determining spousal support issues, and this court will not disturb the decision absent an abuse of discretion. *See Wolff v. Wolff*, 112 Nev. 1355, 929 P.2d 916 (1996). We have considered appellant's arguments and reviewed the record on appeal, and we conclude that the district court did

not abuse its discretion in declining to award appellant spousal support. Accordingly, having concluded that appellant's contentions lack merit, we

ORDER the judgment of the district court AFFIRMED.[1]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Hon. James E. Wilson, District Judge
       Cristo Alfonso Forero
       Delfa L. Forero
       Carson City Clerk

---

[1]Appellant filed a proper person transcript request form. We conclude based on our review of the record that transcripts are not necessary for our review of this appeal.